IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEONNA THOMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00970-SDJ-AGD |
| | § | |
| SOUTHGATE APARTMENTS, LLC et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this Motion having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 9, 2024, the Report of the Magistrate Judge, (Dkt. #28), was entered containing proposed findings of fact and recommendation that Defendant HLC Southgate, LLC's Motion to Dismiss, or in the alternative, Motion for a More Definite Statement (Dkt. #7) be denied; that the Defendants Cope Equities, LLC, Billy Peck Construction, LLC, and Southgate Apartments, LLC's (the "Cope Defendants") Motion to Dismiss (Dkt. #8) be denied; and that Defendants' Joint Motion to Stay (Dkt. #13) be denied as moot.

On September 23, 2024, the Cope Defendants filed timely objections to the Report (Dkt. #29). The Court has conducted a de novo review of the Cope Defendants' objections and the portions of the Report to which the Cope Defendants specifically object. Having done so, the Court is of the opinion that the findings of the Magistrate

1

Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendant HLC Southgate, LLC's Motion to Dismiss, or in the alternative, Motion for a More Definite Statement (Dkt. #7) is **DENIED**; that the Cope Defendants' Motion to Dismiss (Dkt. #8) is **DENIED**; and that Defendants' Joint Motion to Stay (Dkt. #13) is **DENIED AS MOOT**.

It is further **ORDERED** that any request for relief not addressed by the Report (Dkt. #28) is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 25th day of September, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE