IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEONNA THOMPSON, | § | |
| | § | |
| *Plaintiff*, | § | C.A. No. 4:23-cv-00970-SDJ-AGD |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| SOUTHGATE APARTMENTS, LLC, | § | |
| COPE EQUITIES, LLC, BILLY PECK | § | |
| CONSTRUCTION, LLC, and HLC | § | |
| SOUTHGATE, LLC, | § | |
| | § | |
| *Defendants*. | § | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Geonna Thompson and all Defendants hereby dismiss with prejudice Plaintiff's Complaint with all parties to bear their own costs and attorneys' fees.

Dated July 10, 2025.

Respectfully submitted,

CALHOUN & ASSOCIATES

/s/ *Eric G. Calhoun*
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas  75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

ATTORNEYS FOR PLAINTIFF

FIGARI + DAVENPORT, LLP

*/s/ Ryan K. McComber*
Ryan K. McComber
Stoker G. Burt
901 Main Street, Suite 3400
Dallas, Texas 75202
ryan.mccomber@figdav.com
stoker.burt@figdav.com

ATTORNEYS FOR DEFENDANTS
SOUTHGATE APARTMENTS, LLC, COPE
EQUITIES, LLC, AND BILLY PECK
CONSTRUCTION, LLC

GREENBERG TRAURIG, LLP

*/s/ Christina M. Carrol*
Christina M. Carrol
Sara-Michelle Stearns
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
christina.carroll@gtlaw.com
stearnssa@gtlaw.com

-and-

Paul H. Schafhauser
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Paul.schafhauser@gtlaw.com

ATTORNEYS FOR DEFENDANT HLC
SOUTHGATE, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on July 10, 2025, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Ryan K. McComber<br>Stoker G. Burt<br>FIGARI + DAVENPORT, LLP<br>901 Main Street, Suite 3400<br>Dallas, Texas 75202<br>ryan.mccomber@figdav.com<br>stoker.burt@figdav.com | *Counsel for Defendants Southgate Apartments, LLC, Cope Equities, LLC, and Billy Peck Construction, LLC* |
| Christina M. Carrol<br>Sara-Michelle Stearns<br>GREENBERG TRAURIG, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>christina.carroll@gtlaw.com<br>stearnssa@gtlaw.com | *Counsel for Defendant HLC Southgate, LLC* |

-and-

Paul H. Schafhauser
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Paul.schafhauser@gtlaw.com

               */s/ Eric G. Calhoun*
               Eric G. Calhoun